No. 1043. RILEY ET AL., EXECUTORS, *v.* NEW YORK TRUST Co., ADMINISTRATOR, ET AL. May 26, 1941. Petition for writ of certiorari to the Supreme Court of Delaware granted. *Messrs. Dan MacDougald* and *James A.*

556

*Branch* for petitioners. *Messrs. Hiram C. Todd, Clarence A. Southerland, Daniel O. Hastings,* and *Marion Smith* for respondents.